UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID MACE,

    Plaintiff,

vs.	CASE NO. 3:13-cv-1203-J-32TEM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____

## O R D E R

This case is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Doc. #2, Application), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Plaintiff has made an unsworn affidavit stating under penalty of perjury that the information in the Application is true.

The Court may allow a plaintiff to proceed without the prepayment of fees or costs where the plaintiff has demonstrated through the filing of an affidavit that he or she is "unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Upon review of the Application, the Court finds Plaintiff has provided an affidavit that indicates that he meets the financial criteria which would entitle a plaintiff to be eligible to proceed *in forma pauperis*.

Accordingly, it is hereby **ORDERED:**

1.	Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Doc. #2), which the Court construes as a motion for leave to proceed

*in forma pauperis*, is **GRANTED**.[1]

    2.    The Clerk of the Court shall issue the summons received with the complaint, as stated in the docket entry notes, so the complaint may be served with the summons by the United States Marshal.  Plaintiff should be aware of Rule 4(m), Federal Rules of Civil Procedure, which relates to the service of process:

> **Time Limit for Service**. If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

Plaintiff is represented by counsel in the instant matter. Out of an abundance of caution, the Court hereby reminds Plaintiff that he is responsible to ensure timely service is perfected, otherwise, under some circumstances, failure to properly perfect timely service may result in the dismissal of the action in its entirety as to the defendant(s) not properly served.

    **DONE AND ORDERED** at Jacksonville, Florida this 10th day of October, 2013.

Copies to:
Counsel of Record.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

---

[1] This construed motion is granted notwithstanding the confusing response to the years of schooling inquiry in the Application. Application at ¶ 13.